**Order entered October 12, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00740-CV

**ANCHOR COMMERCIAL BUILDERS, LLC, Appellant**

**V.**

**CAMDEN DESIGN GROUP, INC, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-00467-2022**

### ORDER

Before the Court is appellant's October 11, 2022 unopposed motion with supplement requesting an extension of time to file its opening brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on October 11 filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE